Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of

Division

FILED ✓ LODGED ___
RECEIVED ___ COPY ___
DEC 0 7 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Richard Wayne Thompson
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Ofc. Metcalf / Ofc. Brown

Lori Scott / Veronica Pena
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No.  CV-18-04551-PHX-DJH
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Richard Wayne Thompson
Address: 6802 N. 17th Ave Apt 16
City: Phoenix   State: AZ   Zip Code: 85015
County: Maricopa
Telephone Number: 928-273-7563
E-Mail Address: rt14yrkel@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Ofc. Metcalf
Job or Title (if known): Phoenix Police Mt. View Precinct
Address: 620 W. Washington St.
City: Phoenix   State: AZ   Zip Code: 85003
County: Maricopa
Telephone Number: 602-262-5032
E-Mail Address (if known): Unknown
☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: Ofc. Brown
Job or Title (if known): Phoenix Police Mt. View Precinct
Address: 620 W. Washington St.
City: Phoenix   State: AZ   Zip Code: 85003
County: Maricopa
Telephone Number: 602-262-5032
E-Mail Address (if known): Unknown
☐ Individual capacity   ☒ Official capacity

Defendant No. 3
- Name: Veronica Pena
- Job or Title (if known): Adult Probation
- Address: 333 W. Hatcher Rd
- City: Phoenix   State: AZ   Zip Code: 85021
- County:
- Telephone Number: 602-526-6444
- E-Mail Address (if known):

☐ Individual capacity   ☑ Official capacity

Defendant No. 4
- Name: Lori Scott
- Job or Title (if known): Phx Police Asst. to Chief of Police
- Address: 620 W Washington St.
- City: Phoenix   State: AZ   Zip Code: 85003
- County: Maricopa
- Telephone Number: 602-262-5032
- E-Mail Address (if known): Lori.Scott@phoenix.gov

☐ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st Amendment; 4th Amendment; 5th Amendment; 8th Amendment; 13th Amendment; 14th Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

1st Amendment; 4th Amendment; 5th Amendment; 8th Amendment; 13th Amendment; 14th Amendment

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See attachment*

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

*See attachment*

B. What date and approximate time did the events giving rise to your claim(s) occur?

*See attachment*

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*See attachment*

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See Attachment

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Attachment

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-7-18

Signature of Plaintiff: *Richard W. Thompson*
Printed Name of Plaintiff: Richard Wayne Thompson

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                                City            State        Zip Code

Telephone Number
E-mail Address

(Defendant No. 1)

D. OFC. Metcalf "Acted under the Color of State Law", when he performed a Search and Seizure of my home, while I was not home, and with no warrant. My 22yr old Son was Forced outside, having his Civil Rights Violated
2017-12-69919

Defendant No 2.

OFC. Brown "Acted under the Color of State law" when he performed a search and Seizure of my home, while I was not home, and with NO WARRANT. My 22yr old Son was Forced outside, having his Civil Rights Violated
2017-12-69919

Defendant No 3.

Adult Probation officer, Veronica Pena had never searched my apartment, while I was not home. On July 24, 2017 she would herself, along with Phoenix Police, search my apartment while I was not home, forcing my Son outside, but Veronica Pena did not search the apartment of White Combat Veteran Christopher Ortego, who was allowed to keep his guns while on probation - Discrimination

Defendant No. 4

Ethics and Morals Violations, Woeful Negligence, Sgt. Lori Scott, Assistant to the Phoenix Chief of Police, who was my POI, Sent an email, stating what the parameters were for Adult probation, even though she is not with the Phoenix police. She stated what Adult probation was allowed to do, but after I sent her proof of how Black Veterans are treated unfairly compared to white Veterans, she would send an email stating, Phoenix Police have nothing to do with Adult probation. Why Did she comment on what Adult probation can and cannot do - She also implied guilt in reference to the illegal search. Sgt. Loriscott has recieved certified mail which signature reciept, so she has proof of Police Misconduct

III.

These events took place at 324 N. 52ND St. APT D, in Phoenix AZ 85003, and the actions of Defendants, created more stress factors in reference to PTSD and Mt. View, Phoenix Police Precinct are the reasons I would become a Homeless Veteran again

IV

V. Relief, I ask the Courts for Damages in the amount of $100,000,000 for the Several Civil Rights and Amendment violations

D. Defendant No 2., "Acted under the Color of State law" by Denying my right to trial; refusing to use evidence proving my innocence and legal Malpractice for Negligence involving medical records

Defendant No 3, "Acted under the color of state law" by Denying my right to trial; refusing to use evidence proving my innocence and legal malpractice for Negligence involving medical records

Defendant No 4, "Acted under the color of State law" by Denying my right to trial; refusing to use evidence proving my innocence and legal malpractice for negligence involving medical records

III. This took place under case No: 2016-129136-001, in which each public defender denied my rights for trial; Denied me competent counsel; Violated Ethics

IV These issues have made my PTSD much worse and also caused a break in my PTSD treatment, which violates ADA and Hippa. This would lead to a two month Jail Sentence, 13th Amendment violation



On Oct 31, 2018 9:41 AM, "Lori A Scott" <Lori.Scott@phoenix.gov> wrote:

> Good Morning Mr. Thompson,
> I hope that this email reply finds you well. I did some research into your concern about the search of your residence in 2017. I found the following information, and I hope it clarifies some of the issues for you. In the state of Arizona a person on supervised probation is given terms and conditions of probation. These are rules that the court asks them to follow. Term # 4 indicates that while on probation they must submit to search of person vehicle or residence without warrant. This is pursuant to ARS 13-901 D. If a probation officer is present or requests assistance by law enforcement the search is valid. I hope this information helps.
> Lori

**Lori Ann Scott #7289**

**Administrative Sergeant**



Hide quoted text

On Nov 1, 2018 8:20 AM, "Richard Thompson" <rt14yrkel@gmail.com> wrote:
> Wrong answer...... DISCRIMINATION

On Nov 1, 2018 8:18 AM, "Lori A Scott" <Lori.Scott@phoenix.gov> wrote:
> Mr. Thompson,
> The phoenix police have no control over operational decisions made by the Maricopa County Probation department, so I am not able to answer your question. Please direct your question to them.
> Lori

**Lori Ann Scott #7289**

**Administrative Sergeant**

**Office of Administration**

**602-262-5032**





---------- Forwarded message ----------
From: <sgvk27@aol.com>
Date: Jan 4, 2018 12:09 PM
Subject: Re: Investigstor
To: <glenmart47@cox.net>
Cc: <rt14yrkel@gmail.com>

*Rucker Reported these issues to the FBI on my behalf 602-284-7300

Dear Mr Rucker — was assisting Tim Shay of Phoenix Police -

I am researching a considerable number of issues Mr Thompson has had with AZ police, courts, adoption boards, the VA and others. Can you let me know in what connection you are involved with Mr Thompson, and please share any relevant information confirming ill-treatment/rights abuses Mr Thompson has experienced.

I am a UK based american citizen, investigative journalist and rights campaigner. I will say that in things I have looked into so far in my career, the catalogue of apparent rights abuses, maladministration and mistreatment of Mr Thompson's is so widespread over so many agencies and over so long period of time, it is not easy to get a handle on it all; any light you can shed will be appreciated.

You, Paula Lubbe and 3 others        23 Shares

 Like      Comment      Share



RECIEVED CERTIFIED MAIL, AND GAVE STATEMENT TO REPORTER

FORCED TO RESIGN AFTER ME

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MARK CASEY
550 W. JACKSON St.
PHOENIX, AZ 85003
→ FORCED TO RESIGN

9590 9402 3141 7166 1876 49

2. Article Number (Transfer from service label)
7 1000 0001 0597 4790

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _____
B. Received by (Printed Name): M. PREVITE
D. Is delivery address different from item 1?
   Got it on Sept. 5th

3. Service Type
- Adult Signature
- Adult Signature Restricted Delivery
- Certified Mail®
- Certified Mail Restricted Delivery
- Collect on Delivery
- Collect on Delivery Restricted Delivery
- Insured Mail
- Insured Mail Restricted Delivery (over $500)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OFFICER METCALF #6956
Mountain View Precinct
2075 E. Maryland Ave
Phoenix AZ 85016

9590 9402 4006 8079 0923 60

2. Article Number (Transfer from service label)

7018 0360 0001 3682 3396

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X MW A392
☐ Agent
☐ Addressee

B. Received by (Printed Name): LUTHER
C. Date of Delivery: 9-6-18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joaquin Enriquez / MCSO
550 W. Jackson St.
Phoenix AZ 85003

9590 9402 2882 7069 0094 23

7016 3010 0000 6503 8060

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name): ROLAND WAGNER
C. Date of Delivery: 10/03/18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Local City Govt

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt